JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**   **Category No.** II   **Investigating Agency** USPIS

**City** Easton

**County** Bristol

**Related Case Information:**

Superseding Ind./ Inf.  yes          Case No.  13-CR-10309-GAO
Same Defendant  x     New Defendant _____
Magistrate Judge Case Number   13-mj-6141-LTS
Search Warrant Case Number  _____
R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  Dillan Letellier        Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name

Address  (City & State)  Saco, Maine                          ⊞

Birth date (Yr only): 1984  SSN (last4#): ____  Sex M   Race: W   Nationality: United States

**Defense Counsel if known:**  Stellio Sinnis        Address  Federal Defender's Office

**Bar Number**  _____

**U.S. Attorney Information:**

**AUSA**  Suzanne Sullivan Jacobus      Bar Number if applicable  _____

**Interpreter:**  ☐ Yes  ☑ No      List language and/or dialect:  _____

**Victims:**  ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:**

**Arrest Date**  October 3, 2013

☑ Already in Federal Custody as of  October 3, 2013  in  Wyatt Detention Facility .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____  on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**  ☐ Petty ____  ☐ Misdemeanor ____  ☑ Felony  7

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: 12-4-14      Signature of AUSA: _Suzanne Sullivan Jacobus_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   DILLAN LETELLIER _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. s2422(b) | Coercion and Enticement and Attempted Coercion and Enticement | 1 -3 |
| Set 2 | 18 U.S.C. s2423(b) | Travel with Intent to Engage in Illicit Sexual Conduct | 4-6 |
| Set 3 | 18 U.S.C. s2252A(a)(5)(B) | Possession of Child Pornography | 7 |
| Set 4 | 18 U.S.C. ss2428 and 2253 | Forfeiture Allegations | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011